Renee Choy Ohlendorf (SBN 263939)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
rchoy@hinshawlaw.com

Attorney for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 10/26/2015

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Richard Williams-Obanion,<br><br>    Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; Bank of America, National Association; Citibank USA, National Association; Macy's Inc.; Sound Credit Union; HSBC Bank USA, National Association; Wells Fargo Card Services, Inc.; Barclay's Bank Delaware; Wells Fargo Bank, National Association; Access Capital Services, Inc.; Southwest Credit Systems, L.P.; Fresno Credit Bureau; Credit Consulting Service, Inc.; Kings Credit Services; Midland Credit Management, Inc.; Portfolio Recovery Associates, LLC; PMGI, LLC and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No. 5:15-cv-04331-EJD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S INITIAL COMPLAINT**<br><br>Complaint Filed:         September 15, 2015<br>Complaint Removed:   September 22, 2015<br>Complaint Served:        September 19, 2015<br>Current Response Date: October 13, 2015<br>New Response Date:    October 27, 2015 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiff RICHARD WILLIAMS-OBANION ("Plaintiff") and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("Midlamd"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 6-1, do

1

hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit in the Superior Court of California for the County of Santa Clara on September 15, 2015;

**WHEREAS**, Plaintiff served the Summons and Complaint on Midland on or about September 19, 2015;

**WHEREAS**, co-defendant TransUnion LLC removed this action to the U.S. District Court for the Northern District of California on or about September 22, 2015;

**WHEREAS**, pursuant to the removal, the present deadline for Midland to answer or otherwise respond to the Complaint is October 13, 2015;

**WHEREAS**, defense counsel for Midland was recently retained and requires additional time to investigate Plaintiff's claims and Midland's defenses thereto, and answer or otherwise respond on behalf of Midland. This extension will not affect any pending court dates or deadlines, nor will it prejudice any party herein;

**THEREFORE, IT IS STIPULATED** that Defendant MIDLAND CREDIT MANAGEMENT, INC. is hereby granted an extension of time of fourteen (14) days within which to answer or otherwise respond to Plaintiff's Complaint, or up to and including October 27, 2015 to answer or otherwise respond to Plaintiff's Complaint.

Dated: October 21, 2015                             HINSHAW & CULBERTSON LLP

By: /s/ *Renee Choy Ohlendorf*
RENEE CHOY OHLENDORF
Attorneys for Plaintiff, RICHARD WILLIAMS-OBANION

Dated: October 21, 2015                                      SAGARIA LAW, P.C.

                                                            By: /s/ *Elliot W. Gale*
                                                            ELLIOT W. GALE
                                                            Attorneys for Plaintiff, RICHARD
                                                            WILLIAMS-OBANION

## FILER ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Northern District of California, I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

                                                            *s/Renee Choy Ohlendorf*
                                                            Renee Choy Ohlendorf

# CERTIFICATE OF SERVICE

**Williams-Obanion v. Experian Information, et al.**
**NDCA Case No. 5:15-cv-04331-BLF**

 I am a citizen of the United States and employed in San Francisco, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is One California Street, 18th Floor, San Francisco, California 94111.

 On October 21, 2015, I served the document(s) entitled **Stipulation to Extend Time to Respond to Plaintiff's Initial Complaint**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

## SEE ATTACHED SERVICE LIST

☐ **(BY MAIL):** I deposited such envelope in the mail at San Francisco, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

☐ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

 I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on October 21, 2015, at San Francisco, California.

           /s/ *Nancy Fox*
           Nancy Fox

**CERTIFICATE OF SERVICE – SERVICE LIST**

**Williams-Obanion v. Experian Information, et al.**
**NDCA Case No. 5:15-cv-04331-EJD**

| **Counsel for Plaintiff**<br>**Richard Williams-Obanion**<br>Elliot Wayne Gale<br>Scott Matthew Johnson<br>Scott Joseph Sagaria<br>2033 Gateway Place, 5th Fl.<br>San Jose, CA  95110<br>Tel:    (408) 279-2288<br>Fax:    (408) 279-2299<br>egale@sagarialaw.com;<br>sjohnson@sagarialaw.com;<br>sjsagaria@sagarialaw.com | **Counsel for Defendant**<br>**Experian Information Solutions, Inc.**<br>Alyssa Marie Staudinger<br>Ramon Ramirez<br>Jones Day<br>3161 Michelson Drive, #800<br>Irvine, CA 92612<br>Tel:    (949) 851-3939<br>Fax:    (949) 533-7539<br>astaudinger@jonesday.com<br>ramonramirez@jonesday.com |
|---|---|
| **Counsel for Defendant**<br>**Equifax, Inc.**<br>Thomas P. Quinn<br>Nokes & Quinn<br>410 Broadway, #200<br>Laguna Beach, CA  92651<br>Tel:    (949) 376-3500<br>Fax:    (949) 376-3070<br>tquinn@nokesquinn.com | **Counsel for Defendant**<br>**Transunion, LLC**<br>Debra A. Miller<br>Schuckit Associates PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077<br>Tel:    (317) 363-2400<br>Fax:    (317) 363-2257<br>dmiller@schuckitlaw.com<br><br>Lauren E. Tate<br>Tate & Associates<br>1321 Eighth St., #4<br>Berkeley, CA  94710<br>Tel:    (510) 525-5100<br>Fax:    (510) 525-5130<br>ltate@tateandassociates-law.com |
| **Counsel for Defendants**<br>**Bank of America, National Association**<br>**Macy's, Inc.**<br>**Sound Credit Union**<br>Leora R. Ragones<br>Lombardi Loper & Conant LLP<br>Lake Merritt Plaza<br>1999 Harrison Street, #2600<br>Oakland, CA  94612<br>Tel:    (510) 433-2600<br>Fax:    (510) 433-2699<br>isimantov@llcllp.com | **Counsel for Defendants**<br>**HSBC Bank USA; Wells Fargo Card Services; Barclay's Bank Delaware; Wells Fargo Bank, Nat. Assoc.; Access Capital Services, Inc.**<br>Michael Richard Simmonds<br>Simmonds & Narita LLP<br>44 Montgomery Street, #3010<br>San Francisco, CA  94104<br>Tel:    (415) 283-1000<br>Fax:    (415) 352-2625<br>msimmonds@snllp.com |