1  Stuart M. Richter (CA 126231)
   stuart.richter@kattenlaw.com
2  Gregory S. Korman (CA 216931)
   greg.korman@kattenlaw.com
3  Darrell P. White (CA 270038)
4  Darrell.white@kattenlaw.com
   KATTEN MUCHIN ROSENMAN LLP
5  100 Spectrum Center Drive
   Suite 1050
6  Irvine, CA 92618-4977
7  Telephone:    714.966.6819
   Facsimile:    714.966.6821
8
   Attorneys for Defendant
9  HSBC BANK USA, N.A.

**IT IS SO ORDERED**

Judge Edward J. Davila

DATED: 10/26/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RICHARD WILLIAMS-OBANION<br><br>Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al;<br><br>Defendants | CASE NO. 5:15-cv-04331-EJD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HSBC BANK USA, N.A. TO RESPOND TO COMPLAINT** |

1  Plaintiff Richard Williams-Obanion and Defendant HSBC BANK USA, N.A. by and
2  through the undersigned counsel, hereby stipulate that the time for Defendant HSBC
3  BANK USA, N.A. to respond to the complaint in this action shall be extended to
4  November 19, 2015.

Respectfully submitted,

Dated:   October 21, 2015          SAGARIA LAW, P.C.


By:  _____/s/Elliot W. Gale_____
        Elliot W. Gale
Attorneys for Plaintiff,
RICHARD WILLIAMS-OBANION


Dated:   October 21, 2015          KATTEN MUCHIN ROSENMAN LLP
Stuart M. Richter
Gregory S. Korman
Darrell P. White


By:  _____/s/Darrell P. White_____
        Attorneys for Defendant
HSBC BANK USA, N.A.