Scott J. Sagaria (State Bar No. 217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
**Sagaria Law, P.C.**
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 279-2299

Attorneys for Plaintiff
Richard Williams-Obanion



IT IS SO ORDERED

Judge Edward J. Davila

Dated: 12/2/2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WILLIAMS-OBANION,<br><br>                    Plaintiff,<br><br>        vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; BANK OF AMERICA, NATIONAL ASSOCIATION, CITIBANK USA, NATIONAL ASSOCIATION, MACY'S, INC.; SOUND CREDIT UNION; HSBC BANK USA, NATIONAL ASSOCIATION, WELLS FARGO CARD SERVICES, INC.; BARCLAY'S BANK DELAWARE; WELLS FARGO BANK, NATIONAL ASSOCIATION; ACCESS CAPITAL SERVICES, INC.; SOUTHWEST CREDIT SYSTEMS, L.P.; FRESNO CREDIT BUREAU; CREDIT CONSULTING SERVICE, INC.; KINGS CREDIT SERVICES; MIDLAND CREDIT MANAGEMENT, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; PMGI, LLC; and DOES 1 through 100 inclusive;<br><br>                    Defendants. | Case No.: 5:15-cv-04331-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUTHWEST CREDIT SYSTEMS, LP, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**<br><br>Honorable Edward J. Davila |

1
2
3
4
5
6
7

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Richard Williams-Obanion hereby voluntarily dismisses Defendant Southwest Credit Systems, LP ("Defendant"), with prejudice, as to all claims in this action.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against Defendant for all purposes and without an Order of the Court.

8  DATED:  December 1, 2015.

9                         SAGARIA LAW, P.C.

10

11                   By  */s/ Elliot W. Gale*
12                      Scott J. Sagaria
                    Elliot W. Gale
13                      Attorneys for Plaintiff
                    Richard Williams-Obanion

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 3 –

**CERTIFICATE OF SERVICE**

I certify that on December 1, 2015, a copy of the foregoing was filed and served electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below.  Parties may access this filing through the Court's system.

DATED:  December 1, 2015.

By  */s/ Elliot W. Gale*
Elliot W. Gale