Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 1/22/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| RICHARD WILLIAMS-OBANION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>　　　　　Defendants. | Federal Case No.: 5:15-CV-04331-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MAYC'S INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Richard Williams-Obanion, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Macys, Inc.. as to all claims in this action.

　　　　Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

　　　　41(a) Voluntary Dismissal

　　　　(1) By the Plaintiff

　　　　　　(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

　　　　　　　applicable federal statute, the plaintiff may dismiss an action without a court

　　　　　　　order by filing:

　　　　　　　　(1) a notice of dismissal before the opposing party serves either an answer

1 or a motion for summary judgment.

2 Defendant Macy's, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed, with prejudice, against it for all purposes and without an Order of the Court.

Dated: January 19, 2016                                              Sagaria Law, P.C.

By:   */s/ Elliot W. Gale*
          Elliot W. Gale
Attorneys for Plaintiff
Richard Williams-Obanion