

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 2/24/2016

1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

                UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION


RICHARD WILLIAMS-OBANION,              Federal Case No.: 5:15-CV-04331-EJD

        Plaintiff,

   vs.                                 **PLAINTIFF'S NOTICE OF VOLUNTARY
                                       DISMISSAL OF DEFENDANT FRESNO
EXPERIAN INFORMATION SOLUTIONS,        CREDIT BUREAU PURSUANT TO
INC.; et. al.,                         FEDERAL RULE OF CIVIL
                                       PROCEDURE 41(A)(1)**

        Defendants.


**PLEASE TAKE NOTICE** that Plaintiff Richard Williams-Obanion, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Fresno Credit Bureau as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   41(a) Voluntary Dismissal

   (1) By the Plaintiff

       (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

           applicable federal statute, the plaintiff may dismiss an action without a court

           order by filing:

               (1) a notice of dismissal before the opposing party serves either an answer

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FRESNO CREDIT BUREAU

1 | or a motion for summary judgment.

Defendant Fresno Credit Bureau has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: February 22, 2016                                  Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
  Elliot W. Gale
Attorneys for Plaintiff
Richard Williams-Obanion