1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6                   SAN JOSE DIVISION

7

8    RICHARD WILLIAMS-OBANION,              Case No.  5:15-cv-04331-EJD

            Plaintiff,

9                                           **ORDER TO SHOW CAUSE**

        v.

10

11   EXPERIAN INFORMATION SOLUTIONS,
     INC., et al.,

12          Defendants.

13          On September 15, 2015, Plaintiff Richard Williams-Obanion ("Plaintiff") filed the

14   Complaint underlying this action.  To date, however, the docket does not contain a proof of

15   service or waiver of service for Defendant Credit Consulting Service, Inc., and Credit Consulting

16   Service, Inc. has not appeared in this action.

17          The version of Rule 4(m) of the Federal Rules of Civil Procedure that was effective at the

18   time the Complaint was filed provided in pertinent part:

19                 If service of the summons and complaint is not made upon a
                   defendant within 120 days after the filing of the complaint, the
20                 court, upon motion or on its own initiative after notice to the
                   plaintiff, shall dismiss the action without prejudice as to that
21                 defendant or direct that service be effected within a specified time;
                   provided that if the plaintiff shows good cause for the failure, the
22                 court shall extend the time for service for an appropriate period.

23          The 120-day period for service provided by Rule 4(m) expired on January 13, 2016.

24   Accordingly, the court issues the instant Order to Show Cause ("OSC") requiring that Plaintiff, no

25   later than **March 18, 2016**, either: (1) file documents to show proof of service of the Summons

26   and Complaint on Credit Consulting Service, Inc.; or (2) explain in writing why service has not

27   been accomplished.  No hearing will be held on the order to show cause unless otherwise ordered

28

Case No.: 5:15-cv-04331-EJD
ORDER TO SHOW CAUSE

United States District Court
Northern District of California

by the court.

Plaintiff is notified that the court will dismiss Credit Consulting Service, Inc. if Plaintiff fails to comply with this OSC or otherwise fails to show good cause as directed above.

**IT IS SO ORDERED.**

Dated:  March 10, 2016



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California