UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD WILLIAMS-OBANION,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-04331-EJD<br><br>**ORDER TO SHOW CAUSE** |

On March 11, 2016, the court issued an order that, inter alia, required Plaintiff to request the Clerk enter the defaults Defendants Access Capital Services, Inc., Kings Credit Services, and PMGI, LLC, or otherwise resolve or dismiss claims against them, within 60 days. The deadline to take such action expired on May 10, 2016, and Plaintiff has not complied.

Accordingly, the court hereby issues an order to show cause why all claims against Defendants Access Capital Services, Inc., Kings Credit Services, and PMGI, LLC should not be dismissed for failure to prosecute. If Plaintiff does not, by **May 19, 2016**, either (1) request the Clerk enter the defaults Defendants Access Capital Services, Inc., Kings Credit Services, and PMGI, LLC or otherwise resolve or dismiss claims against them, or (2) demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: May 12, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04331-EJD
ORDER TO SHOW CAUSE

1