UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD WILLIAMS-OBANION,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-04331-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Because Plaintiff has since complied with its requirements, the Order to Show Cause issued on May 12, 2016 (Dkt. No. 101), is DISCHARGED.

**IT IS SO ORDERED.**

Dated:  May 24, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04331-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE

1