1

2

3

4

5

6

7

8

9

10

11

12

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD WILLIAMS-OBANION,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

        Defendants.

Case No. 5:15-cv-04331-EJD

**ORDER CONTINUING STATUS CONFERENCE**

13

14

       Having reviewed the parties' Joint Case Management Conference Statement filed on July 28, 2016 (Dkt. No. 115), the court orders as follows:

15

16

17

18

19

20

       1.      The court observes that counsel for Sound Credit Union did not participate in preparation of the Joint Statement, and that a declaration describing lack of cooperation was not filed in accordance with Civil Local Rule 16-9(a). The parties are notified that *all* parties who have appeared in this action must participate in the preparation of a Joint Statement unless and until a dismissal is filed on behalf of the defendant. Failure to do so in the future may result in the imposition of sanctions.

21

22

23

24

25

       2.      The court also observes that the Joint Statement does not comply with the Order filed on June 10, 2016 (Dkt. No. 114), which required the parties to provide "a deadline by which a dismissal will be filed for any defendant who is not dismissed prior to" the date the statement was filed. Indeed, a dismissal deadline was provided only for Experian Information Solutions, Inc.; no deadline was provided for the dismissal of Sound Credit Union or Kings Credit Services.

26

27

       3.      In light of the foregoing, the Status Conference scheduled for August 4, 2016, is CONTINUED to **10:00 a.m. on September 1, 2016.** The parties shall file an updated Joint Status

28

1

1    Conference Statement on or before **August 25, 2016**, which, inter alia, (1) is jointly prepared on

2    behalf of all parties who have appeared in this action and for whom a dismissal has not yet been

3    filed as of that date, and (2) provides a deadline by which a dismissal will be filed for any

4    defendant who is not dismissed prior to that date.

5

6        **IT IS SO ORDERED.**

7    Dated:  August 1, 2016

8    
     EDWARD J. DAVILA

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 5:15-cv-04331-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
Northern District of California