UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD WILLIAMS-OBANION,<br><br>    Plaintiff,<br><br>  v.<br><br>ACCESS CAPITAL SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 5:15-cv-04331-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 30, 2016, the court issued an order scheduling a Status Conference for September 29, 2016, and required Plaintiff to file a Status Conference Statement on or before September 22, 2016. Dkt. No. 127. In addition, the court ordered Plaintiff to file a dismissal of Defendant Kings Credit Services on or before September 6, 2016, since such document was missing from the docket despite Plaintiff's representation that such defendant had been dismissed. Id. As of the date and time this order was filed, however, Plaintiff has not complied with any portion of the August 30th order.

Accordingly, the court hereby issues an order to show cause why all claims against Defendants Kings Credit Services, Access Capital Services, Inc. and PMGI, LLC should not be dismissed for failure to prosecute. If Plaintiff does not, by **12:00 p.m. on September 27, 2016**, either (1) file both a Status Conference Statement that complies with the August 30th order and a dismissal of Defendant Kings Credit Services, or (2) otherwise demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

In light of this order, the Status Conference scheduled for September 29, 2016, is

1   VACATED and will be reset if necessary upon resolution of the issue addressed herein.

3   **IT IS SO ORDERED.**

4   Dated:  September 23, 2016

5                                                                            
    EDWARD J. DAVILA
6   United States District Judge